# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSEPH WITCHARD,

          Plaintiff,

v.                                **Case No:  6:13-cv-792-Orl-18KRS**

DAVID KEITH, JEFF SEEGER, DON OLOLADE,

          Defendants.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The complaint is **DISMISSED** without prejudice. Plaintiff shall file an amended complaint within thirty (30) days from the date of the order. The motion is **DENIED** without prejudice to plaintiff refiling it with the amended complaint. Clerk of the Court is directed to **CLOSE** the case if plaintiff fails to file an amended complaint within the time allotted.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of June, 2013.

                                G. KENDALL SHARP
                     SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Joseph Witchard
2711 Paseo Avenue
Apt. C
Orlando, FL 32805